# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 21-5056**                          **September Term, 2020**

                                                                   1:20-cv-03791-JEB

                                                                     **Filed On: June 24, 2021**

Wisconsin Voters Alliance, et al.,

        Appellees

    v.

Kamala D. Harris, Vice President, in her
official capacity as President of the United
States Senate, et al.,

        Appellees

Erick G. Kaardal and Mohrman, Kaardal &
Erickson, P.A.,

        Appellants

---

    **BEFORE:**    Millett, Pillard, and Wilkins, Circuit Judges

## O R D E R

Upon consideration of appellant's brief, it is

**ORDERED**, on the court's own motion, that

> Matthew Etchemendy
> Vinson & Elkins LLP
> 2200 Pennsylvania Avenue, NW
> Suite 500 West
> Washington, DC 20037

a member of the Bar of this court, be appointed as amicus curiae to assist the court by addressing whether appellant has standing to appeal the district court's order referring appellant to a disciplinary committee. The court has concluded that it is in the court's interest to appoint amicus. See <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 26 (2021).

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-5056**                           **September Term, 2020**

The Clerk is instructed to calendar this case for presentation to a merits panel.

**Per Curiam**

                                   **FOR THE COURT:**
                                   Mark J. Langer, Clerk

                BY:     /s/
                                   Manuel J. Castro
                                   Deputy Clerk